# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| ROMMIE L. JOHNSON, JR., | ) | CASE NO. 4:08CV149 |
| | ) | |
| PETITIONER, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| STUART HUDSON, Warden, | ) | |
| | ) | |
| RESPONDENT. | ) | |
| | ) | |

Before the Court is the report and recommendation of the Magistrate Judge in the above-entitled action. Under the relevant statute:

> [. . .] Within ten days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1)(C). In this case, the ten-day period has elapsed and no objections have been filed nor has any extension of time been sought. The failure to file written objections to a Magistrate Judge's report and recommendation constitutes a waiver of a de novo determination by the district court of an issue covered in the report. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *see United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

The Court has reviewed the Magistrate Judge's report and recommendation and **ACCEPTS** the same. Fed.R.Civ.P. 72(b)(3).

Accordingly, Johnson's petition for writ of habeas corpus is **DENIED** and this matter is **DISMISSED**.

**IT IS SO ORDERED**.

Dated: April 30, 2009

                                          **HONORABLE SARA LIOI**
                                          **UNITED STATES DISTRICT JUDGE**